AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

GARY PHILLIPS,

    Plaintiff,

V.

ELKO COUNTY JAIL, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00420-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed with prejudice in its entirety for failure to state a claim.

    **IT IS FURTHER ORDERED** that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

February 12, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk